1  R. Joseph Trojan, CA Bar No. 137,067
   trojan@trojanlawoffices.com
2  Dylan C. Dang, CA Bar No. 223,455
   dang@trojanlawoffices.com
3  Francis Z. Wong, CA Bar No. 284,946
4  TROJAN LAW OFFICES
5  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
6  Telephone:  310-777-8399
7  Facsimile:   310-691-1086
   Attorneys for Defendant,
8  Robert Berry

9

                 **UNITED STATES DISTRICT COURT**
10
                 **CENTRAL DISTRICT OF CALIFORNIA**
11

12                                     Case No. 2:14-CV-04618 RSWL (MANx)

13
                                       **REQUEST FOR JUDICIAL NOTICE IN**
14  CITY OF BEVERLY HILLS,             **SUPPORT OF DEFENDANT ROBERT**
                                       **BERRY'S MOTION**
15
                      Plaintiff,
16                                     Hon. Ronald S.W. Lew

17       v.
                                       Date:  September 16, 2014
18                                     Time:  10:00 a.m.
19  Robert Berry, an individual,       Place: 312 N. Spring Street, Courtroom 21

20                    Defendant.

21

22

23

24

25

26

27

28

TROJAN LAW OFFICES
BEVERLY HILLS

1        Pursuant to Federal Rule of Evidence 201, Defendant Robert Berry ("Berry")

2 respectfully requests that this Court take judicial notice of the following trademark

3 registrations from the United States Patent and Trademark Office (USPTO) in

4 support of his Motion to Dismiss Plaintiffs' Complaint:

5        1.    Exhibit 1:   United States Patent and Trademark Office Trademark

6 Electronic Search System Results for "Black Beverly Hills."

7        This Court may take judicial notice of USPTO records pertaining to

8 registered trademarks under Federal Rule of Evidence 201(b), which permits

9 judicial notice of facts that are not subject to reasonable dispute because those facts

10 are "generally known" or "capable of accurate and ready determination."   The

11 public record in the USPTO pertaining to the attached trademark registrations is not

12 reasonably subject to dispute.   In addition, courts "may take judicial notice of

13 records and reports of administrative bodies," including USPTO records. *Interstate*

14 *Natural Gas Co. v. Southern California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953);

15 *Duluth News-Tribune v. Mesabi Publ'g Co.*, 84 F.3d 1093, 1096 n.2 (8th Cir. 1996)

16 (taking judicial notice of trademark registrations published in Patent and Trademark

17 Office's registry); *Chanel, Inc. v. Lin*, 2010 WL 2557503, *1 n.1 (N.D. Cal. May 7,

18 2010) (same).   Therefore, the Court may properly take judicial notice of Exhibit 1

19 attached hereto.

20                       Respectfully submitted,

21

22                       TROJAN LAW OFFICES
                      by

23

24 August 6, 2014               /s/R. Joseph Trojan

25                       R. Joseph Trojan

26                       Attorney for Plaintiffs,
                      HOMELAND HOUSEWARES, LLC AND

27                       NUTRIBULLET, LLC

28

TROJAN LAW OFFICES
BEVERLY HILLS